**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| ***In re* SUBPOENA to Hubbell Incorporated**<br><br>Served in related case in the United States District Court for the District of South Carolina, Greenville Division (Case No. 6:22-cv-04729-JDA)<br><br>R. L. MLAZGAR ASSOCIATES, INC.,<br><br>Plaintiff,<br>v.<br><br>HLI SOLUTIONS, INC.; HUBBELL INCORPORATED; LITECONTROL CORPORATION; and PROGRESS LIGHTING, INC.,<br><br>Defendants. | ) | CASE NO.:<br><br>**PLAINTIFF R. L. MLAZGAR ASSOCIATES INC.'S MOTION TO COMPEL SUBPOENA COMPLIANCE BY HUBBELL INCORPORATED** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff R. L. Mlazgar Associates, Inc. ("Mlazgar") hereby moves the United States District Court for the District of Connecticut, pursuant to Federal Rules of Civil Procedure 26 and 45, for an Order compelling the compliance of Hubbell Incorporated with the subpoena served upon them by Mlazgar on November 22, 2025. The subpoena was issued in support of a civil action filed in the United States District Court for the District of South Carolina, Greenville Division (Case No. 6:22-cv-04729-JDA).

**ORAL ARGUMENT REQUESTED**

This Motion is based upon this Notice of Motion, the accompanying memorandum of law, supporting declaration of attorney Samuel A. Meshbesher, Affidavit of Local Rule 37(a) Compliance, and Proposed Order.

Respectfully Submitted,

Dated: February 4, 2025

By: *\/s/ Philip C. Pires*

Philip C. Pires, Esq.
Federal Bar No. ct28138
Nicole M. Dwyer, Esq.
Federal Bar No. ct30978
Cohen and Wolf, P.C.
1115 Broad Street
Bridgeport, CT 06604
Tele: (203) 337-4122
Fax: (203) 337-5522
E-mail: ppires@cohenandwolf.com
ndwyer@cohenandwolf.com

*\/s/ Samuel A. Meshbesher*

Samuel Meshbesher (MN Bar: 0403675)
*Pro Hac Vice (Application Pending)*
30 South 9th Street, 7th Floor
Minneapolis, MN 55402
(952) 835-1614
smeshbesher@droellaw.com

**ATTORNEYS FOR PLAINTIFF**
**R. L. MLAZGAR ASSOCIATES, INC.**